UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-80369-MIDDLEBROOKS/MATTHEWMAN

**KELLY STONE, RICHARD BUTLER,
AND DERMACARE PACKAGING
& PRIVATE LABEL, LLC**,

    Plaintiffs,

v.

**OMRI SHAFRAN AND TEXAS
MEDICAL TECHNOLOGY, LLC**,

    Defendants.

_____/

## NOTICE OF FILING

    Defendants, by and through their undersigned counsel, hereby give notice of filing the Amended Declaration of Omri Shafran in support of Defendants' Motion to Dismiss (DE 25), which is amended to make a clarification.

    Respectfully submitted on May 4, 2022.

    *s/ Andrew R. Schindler*
FBN 124845
*aschindler@grsm.com*

**GORDON REES SCULLY
MANSUKHANI LLP**
100 SE 2nd Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5339
*Counsel for Defendants*