**April Bartosch**

| | |
|---|---|
| **From:** | Rich Butler, DermaCare Packaging <rich@dermacarepkg.com> |
| **Sent:** | Wednesday, February 02, 2022 3:21 PM |
| **To:** | Andrew Harrison; Jennifer Gross |
| **Cc:** | Kelly Stone, DermaCare Packaging |
| **Subject:** | FW: Miami based Florida stole $1.9 M of the US government funds |

This guy is not letting up.
I think we need to chat soon.

Rich

---

**From:** omri.shafran@texasmedicaltechnology.com <omri.shafran@texasmedicaltechnology.com>
**Sent:** Wednesday, February 02, 2022 3:19 PM
**To:** Dave.Wilson@miamiherald.com
**Cc:** Isabella Gorski, DermaCare Packaging <isabella@dermacarepkg.com>; Laurie Knights, DermaCare Packaging <laurie@dermacarepkg.com>; Rich Butler <info@dermacarebio.com>; Rich Butler, DermaCare Packaging <rich@dermacarepkg.com>; Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com>; Laurie Knights, DermaCare Packaging <laurie@dermacarepkg.com>; Zach Foster <zach@dermacarepkg.com>
**Subject:** Miami based Florida stole $1.9 M of the US government funds

Dave how are you? (long time)...

Texas Medical Technology is a US manufacturer of PPE based in Houston Texas which employs hundreds of refugees, veterans and disable veterans.

We have received an order by several states and by other US government agencies to supply self covid test. We have received US government funds and wired about $2M USD to Deramcare packaging / Acob labs (representation of chinese manufacture) to provide Covid tests kits to the US government.

After 5 weeks we haven't received the products yet and we incurred as well as the government damages of tens of millions of dollars. More important schools kids in the State of Delaware are suffering from not having these kits. Acon labs as well as Dermacare is risking the lives of hundreds of thousands of our kids by not providing these kits.

We filed already FBI complaint, Attorney General in California, in Florida, DA and two attorneys are taking care of the damages.

Please call me if you need any proof.

Sincerely yours,

Omri Shafran, CEO

--

1



**Omri Shafran**
**CEO**
**(346) 351-9009**
**www.texasmedicaltechnology.com**
**6115 Skyline Dr. Suite C. Houston, TX. 77056**

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Texas Medical Technology LLC, immediately and destroy the original message. Messages sent to and from us may be monitored

## April Bartosch

| | |
|---|---|
| **From:** | Rich Butler, DermaCare Packaging <rich@dermacarepkg.com> |
| **Sent:** | Sunday, February 06, 2022 12:00 AM |
| **To:** | Andrew Harrison |
| **Subject:** | FW: How Dermacare and Aconlabs stole $2M from the US Government |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

---

**From:** omri.shafran@texasmedicaltechnology.com <omri.shafran@texasmedicaltechnology.com>
**Sent:** Wednesday, February 02, 2022 9:34 PM
**To:** andrew.golden@washingtonpost.com
**Cc:** Rich Butler, DermaCare Packaging <rich@dermacarepkg.com>; Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com>; Brent Butler, DermaCare Packaging <brent@dermacarepkg.com>; Isabella Gorski, DermaCare Packaging <isabella@dermacarepkg.com>; Laurie Knights, DermaCare Packaging <laurie@dermacarepkg.com>; info@aconlabs.com; media@aconlabs.com; tWilks@aconlabs.com; jMickelsen@aconlabs.com; qXie@aconlabs.com; tKnox@aconlabs.com; Hanna Hertzel <hanna.h@texasmedicaltechnology.com>; rabbi@chabadmada.com; Dima Menin <dima.menin@texasmedicaltechnology.com>; Sean R. <sean@texasmedicaltechnology.com>; Jad Shraim <jad.shraim@texasmedicaltechnology.com>; danderson@aconlabs.com; Michael Lynch <mlynch@aconlabs.com>; cingente@aconlabs.com
**Subject:** How Dermacare and Aconlabs stole $2M from the US Government

Dear Andrew,

I hope you are doing well. This is a story of a very strong Chinese / USA company who produce Home self Covid Test (Aconlabs Inc) and an authorized distributor based in Florida (Dermacare) one one end, on the other end - a Texas Based manufactured which produced personal protective equipment for the US government , for our troops and our Veteran, our first responder, a manufacturer which employee tens of Afghan refugees, Disable Veteran and Veteran in Houston TX (Texas Medical Technology).

Texas Medical Technology has received several government purchase orders (State of Delaware as well as other government agencies) to fulfill their urgent needs for self covid tests. Once Texas Medical Technology has received the funds from the Government, we have wired 100% to Dermacare / Acon the fund (same day) in order to purchase FlowFlex Self covid test which is supposed to go to protect the health of our kids! in the State of Delaware for the school district. Covid test which is supposed to go to hospitals, home care to protect our eldry people.

Dermacare/Acon failed to provide the product which caused Texas Medical Technology damages in tens of millions of dollars as well as losing our reputation.

Deracare / Acon just took over $2M USD and never delivered any products. This scam and embezzled of US Government funds must stop right here and right now.

Please let call me for further info.

Omri Shafran , CEO

--



**Omri Shafran**
**CEO**
**(346) 351-9009**
**www.texasmedicaltechnology.com**
**6115 Skyline Dr. Suite C. Houston, TX.**
**77056**

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Texas Medical Technology LLC, immediately and destroy the original message. Messages sent to and from us may be monitored

# April Bartosch

| | |
|---|---|
| **From:** | Rich Butler, DermaCare Packaging <rich@dermacarepkg.com> |
| **Sent:** | Saturday, February 05, 2022 11:59 PM |
| **To:** | Andrew Harrison |
| **Subject:** | FW: How Dermacare and Aconlabs stole $2M from the US Government |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

**From:** omri.shafran@texasmedicaltechnology.com <omri.shafran@texasmedicaltechnology.com>
**Sent:** Wednesday, February 02, 2022 9:33 PM
**To:** Jean.Casarez@cnn.com
**Cc:** Rich Butler, DermaCare Packaging <rich@dermacarepkg.com>; Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com>; Brent Butler, DermaCare Packaging <brent@dermacarepkg.com>; Isabella Gorski, DermaCare Packaging <isabella@dermacarepkg.com>; Laurie Knights, DermaCare Packaging <laurie@dermacarepkg.com>; info@aconlabs.com; media@aconlabs.com; tWilks@aconlabs.com; jMickelsen@aconlabs.com; qXie@aconlabs.com; tKnox@aconlabs.com; Hanna Hertzel <hanna.h@texasmedicaltechnology.com>; rabbi@chabadmada.com; Dima Menin <dima.menin@texasmedicaltechnology.com>; Sean R. <sean@texasmedicaltechnology.com>; Jad Shraim <jad.shraim@texasmedicaltechnology.com>; danderson@aconlabs.com; Michael Lynch <mlynch@aconlabs.com>; cingente@aconlabs.com
**Subject:** How Dermacare and Aconlabs stole $2M from the US Government

Dear Jean,

I hope you are doing well. This is a story of a very strong Chinese / USA company who produce Home self Covid Test (Aconlabs Inc) and an authorized distributor based in Florida (Dermacare) one one end, on the other end - a Texas Based manufactured which produced personal protective equipment for the US government , for our troops and our Veteran, our first responder, a manufacturer which employee tens of Afghan refugees, Disable Veteran and Veteran in Houston TX (Texas Medical Technology).

Texas Medical Technology has received several government purchase orders (State of Delaware as well as other government agencies) to fulfill their urgent needs for self covid tests. Once Texas Medical Technology has received the funds from the Government, we have wired 100% to Dermacare / Acon the fund (same day) in order
to purchase FlowFlex Self covid test which is supposed to go to protect the health of our kids! in the State of Delaware for the school district. Covid test which is supposed to go to hospitals, home care to protect our eldry people.

Dermacare/Acon failed to provide the product which caused Texas Medical Technology damages in tens of millions of dollars as well as losing our reputation.

Deracare / Acon just took over $2M USD and never delivered any products. This scam and embezzled of US Government funds must stop right here and right now.

Please let call me for further info.

Omri Shafran , CEO

--



**Omri Shafran**
**CEO**
**(346) 351-9009**
**www.texasmedicaltechnology.com**
**6115 Skyline Dr. Suite C. Houston, TX.**
**77056**

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Texas Medical Technology LLC, immediately and destroy the original message. Messages sent to and from us may be monitored

## April Bartosch

| | |
|---|---|
| **From:** | Rich Butler, DermaCare Packaging <rich@dermacarepkg.com> |
| **Sent:** | Saturday, February 05, 2022 11:59 PM |
| **To:** | Andrew Harrison |
| **Subject:** | FW: How Dermacare and Aconlabs stole $2M from the US Government |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

**From:** omri.shafran@texasmedicaltechnology.com <omri.shafran@texasmedicaltechnology.com>
**Sent:** Wednesday, February 02, 2022 9:31 PM
**To:** Sarah.McBride@bloomberg.com
**Cc:** Rich Butler, DermaCare Packaging <rich@dermacarepkg.com>; Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com>; Brent Butler, DermaCare Packaging <brent@dermacarepkg.com>; Isabella Gorski, DermaCare Packaging <isabella@dermacarepkg.com>; Laurie Knights, DermaCare Packaging <laurie@dermacarepkg.com>; info@aconlabs.com; media@aconlabs.com; tWilks@aconlabs.com; jMickelsen@aconlabs.com; qXie@aconlabs.com; tKnox@aconlabs.com; Hanna Hertzel <hanna.h@texasmedicaltechnology.com>; rabbi@chabadmada.com; Dima Menin <dima.menin@texasmedicaltechnology.com>; Sean R. <sean@texasmedicaltechnology.com>; Jad Shraim <jad.shraim@texasmedicaltechnology.com>; danderson@aconlabs.com; Michael Lynch <mlynch@aconlabs.com>; cingente@aconlabs.com
**Subject:** How Dermacare and Aconlabs stole $2M from the US Government

Dear Sarah,

I hope you are doing well. This is a story of a very strong Chinese / USA company who produce Home self Covid Test (Aconlabs Inc) and an authorized distributor based in Florida (Dermacare) one one end, on the other end - a Texas Based manufactured which produced personal protective equipment for the US government , for our troops and our Veteran, our first responder, a manufacturer which employee tens of Afghan refugees, Disable Veteran and Veteran in Houston TX (Texas Medical Technology).

Texas Medical Technology has received several government purchase orders (State of Delaware as well as other government agencies) to fulfill their urgent needs for self covid tests. Once Texas Medical Technology has received the funds from the Government, we have wired 100% to Dermacare / Acon the fund (same day) in order to purchase FlowFlex Self covid test which is supposed to go to protect the health of our kids! in the State of Delaware for the school district. Covid test which is supposed to go to hospitals, home care to protect our eldry people.

Dermacare/Acon failed to provide the product which caused Texas Medical Technology damages in tens of millions of dollars as well as losing our reputation.

Deracare / Acon just took over $2M USD and never delivered any products. This scam and embezzled of US Government funds must stop right here and right now.

Please let call me for further info.

Omri Shafran , CEO

--



**Omri Shafran**
**CEO**
**(346) 351-9009**
**www.texasmedicaltechnology.com**
**6115 Skyline Dr. Suite C. Houston, TX.**
**77056**

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Texas Medical Technology LLC, immediately and destroy the original message. Messages sent to and from us may be monitored

# April Bartosch

| | |
|---|---|
| **From:** | Rich Butler, DermaCare Packaging <rich@dermacarepkg.com> |
| **Sent:** | Saturday, February 05, 2022 11:58 PM |
| **To:** | Andrew Harrison |
| **Subject:** | FW: How Dermacare (RIch Butler and Kelly Stone)  & Acon Labs stole $2M from State Of Delaware |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

---

**From:** omri.shafran@texasmedicaltechnology.com <omri.shafran@texasmedicaltechnology.com>
**Sent:** Wednesday, February 02, 2022 9:37 PM
**To:** Michael.morgan@delmarvanow.com
**Cc:** Rich Butler, DermaCare Packaging <rich@dermacarepkg.com>; Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com>; Brent Butler, DermaCare Packaging <brent@dermacarepkg.com>; Isabella Gorski, DermaCare Packaging <isabella@dermacarepkg.com>; Laurie Knights, DermaCare Packaging <laurie@dermacarepkg.com>; info@aconlabs.com; media@aconlabs.com; tWilks@aconlabs.com; jMickelsen@aconlabs.com; qXie@aconlabs.com; tKnox@aconlabs.com; Hanna Hertzel <hanna.h@texasmedicaltechnology.com>; rabbi@chabadmada.com; Dima Menin <dima.menin@texasmedicaltechnology.com>; Sean R. <sean@texasmedicaltechnology.com>; Jad Shraim <jad.shraim@texasmedicaltechnology.com>; danderson@aconlabs.com; Michael Lynch <mlynch@aconlabs.com>; cingente@aconlabs.com
**Subject:** How Dermacare (RIch Butler and Kelly Stone) & Acon Labs stole $2M from State Of Delaware

Dear Michael,

I hope you are doing well. This is a story of a very strong Chinese / USA company who produce Home self Covid Test (Aconlabs Inc) and an authorized distributor based in Florida (Dermacare) one one end, on the other end - a Texas Based manufactured which produced personal protective equipment for the US government , for our troops and our Veteran, our first responder, a manufacturer which employee tens of Afghan refugees, Disable Veteran and Veteran in Houston TX (Texas Medical Technology).

Texas Medical Technology has received several government purchase orders (State of Delaware as well as other government agencies) to fulfill their urgent needs for self covid tests. Once Texas Medical Technology has received the funds from the Government, we have wired 100% to Dermacare / Acon the fund (same day) in order to purchase FlowFlex Self covid test which is supposed to go to protect the health of our kids! in the State of Delaware for the school district. Covid test which is supposed to go to hospitals, home care to protect our eldry people.

Dermacare/Acon failed to provide the product which caused Texas Medical Technology damages in tens of millions of dollars as well as losing our reputation.

Deracare / Acon just took over $2M USD and never delivered any products. This scam and embezzled of US Government funds must stop right here and right now.

Please let call me for further info.

Omri Shafran , CEO

--



**Omri Shafran**
**CEO**

**(346) 351-9009**

**www.texasmedicaltechnology.com**

**6115 Skyline Dr. Suite C. Houston, TX.**
**77056**

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Texas Medical Technology LLC, immediately and destroy the original message. Messages sent to and from us may be monitored