# April Bartosch

| | |
|---|---|
| **From:** | Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com> |
| **Sent:** | Friday, February 25, 2022 2:58 PM |
| **To:** | Jennifer Gross; April Bartosch |
| **Subject:** | FW: Miami based company scamming and stealing US Government funds |

**From:** omri.shafran@texasmedicaltechnology.com <omri.shafran@texasmedicaltechnology.com>
**Sent:** Wednesday, February 02, 2022 3:12 PM
**To:** George.Piro@fbi.gov
**Cc:** rent@dermacarepkg.com; Rich Butler <info@dermacarebio.com>; info@aconlabs.com; Isabella Gorski, DermaCare Packaging <isabella@dermacarepkg.com>; Laurie Knights, DermaCare Packaging <laurie@dermacarepkg.com>; Isabella Gorski, DermaCare Packaging <isabella@dermacarepkg.com>; Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com>; Dima Menin <dima.menin@texasmedicaltechnology.com>; Sean R. <sean@texasmedicaltechnology.com>; Jad Shraim <jad.shraim@texasmedicaltechnology.com>; Hanna Hertzel <hanna.h@texasmedicaltechnology.com>; rabbi@chabadmada.com; denise.steman@fbi.gov
**Subject:** Miami based company scamming and stealing US Government funds

Dear Honorable Deputy Piro,

Texas Medical Technology is a US manufacturer of PPE based in Houston Texas which employs hundreds of refugees, veterans and disable veterans.

We have received an order by several states and by other US government agencies to supply self covid test. We have received US government funds and wired about $2M USD to Deramcare packaging / Acob labs (representation of chinese manufacture)  to provide Covid tests kits to the US government.

After 5 weeks we haven't received the products yet and we incurred as well as the government damages of tens of millions of dollars. More important schools kids in the State of Delaware are suffering from not having these kits. Acon labs as well as Dermacare is risking the lives of hundreds of thousands of our kids by not providing these kits.

If you could assist in this matter I would appreciate it very much

Sincerely yours,

Omri Shafran, CEO

--

**Omri Shafran**
**CEO**

 **(346) 351-9009**

 **www.texasmedicaltechnology.com**

 **6115 Skyline Dr. Suite C. Houston, TX. 77056**

1

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Texas Medical Technology LLC, immediately and destroy the original message. Messages sent to and from us may be monitored