# FW: TMT Vs. Acon Labs Inc & Dermacare Packaging and label LLC - $50M USD damage

**Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com>**
Fri 2/25/2022 2:54 PM
To: Jennifer Gross <jgross@englandlawgroup.com>;April Bartosch <ambartosch@englandlawgroup.com>

---

**From:** omri.shafran@texasmedicaltechnology.com <omri.shafran@texasmedicaltechnology.com>
**Sent:** Thursday, February 03, 2022 7:16 PM
**To:** jlin@aconlabs.com; acai@aconlabs.com; hapjnlin@yahoo.com; jnlin@azureinstitute.com
**Cc:** Rich Butler, DermaCare Packaging <rich@dermacarepkg.com>; Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com>; Brent Butler, DermaCare Packaging <brent@dermacarepkg.com>; Isabella Gorski, DermaCare Packaging <isabella@dermacarepkg.com>; Laurie Knights, DermaCare Packaging <laurie@dermacarepkg.com>; info@aconlabs.com; media@aconlabs.com; tWilks@aconlabs.com; jMickelsen@aconlabs.com; qXie@aconlabs.com; tKnox@aconlabs.com; Hanna Hertzel <hanna.h@texasmedicaltechnology.com>; rabbi@chabadmada.com; Dima Menin <dima.menin@texasmedicaltechnology.com>; Sean R. <sean@texasmedicaltechnology.com>; Jad Shraim <jad.shraim@texasmedicaltechnology.com>; danderson@aconlabs.com; Michael Lynch <mlynch@aconlabs.com>; cingente@aconlabs.com; dbrulay@hotmail.com; dbrulay@aconlabs.com
**Subject:** TMT Vs. Acon Labs Inc & Dermacare Packaging and label LLC - $50M USD damage

Dear Mr. Lin,

As a recent shareholder of Acon and a customer who paid $2M (USA GOVERNMENT FUNDS) to Acon's authorized distributor (Dermacare Packaging and private label LLC) and we didn't get our products for six weeks. (by the way, we know about five other Dermacare customers who didn't get even 5% of their orders)

As a shareholder, I am in shock that after all the last email chain I have sent I have never received any solution from Acon to provide products to our customers.

The email I wrote yesterday was a warm-up.. if I don't get a solution by tomorrow at 2:00 PM I am going to escalate my steps which may hurt Acon's reputation as well as very aggressive legal actions Including a temporary restraining order in Harris county federal court (the petition is ready and will be filled on Tuesday).

I really try to avoid this but Acon and Dermacare do not leave us any choice. I really hope that Acon will contact us tomorrow by 12:00 PM Central time to try to resolve this issue.

I remind you USA Government (State of Delaware) didn't receive the products.

Sincerely yours,

Omri Shafran, CEO
--

**Omri Shafran**
**CEO**

**(346) 351-9009**

**www.texasmedicaltechnology.com**

**6115 Skyline Dr. Suite C. Houston, TX. 77056**

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Texas Medical Technology LLC, immediately and destroy the original message. Messages sent to and from us may be monitored

# April Bartosch

| | |
|---|---|
| **From:** | Rich Butler, DermaCare Packaging <rich@dermacarepkg.com> |
| **Sent:** | Sunday, February 06, 2022 12:00 AM |
| **To:** | Andrew Harrison |
| **Subject:** | FW: QX Logistix shipping stolen goods owned by Texas Medical Technology |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

**From:** omri.shafran@texasmedicaltechnology.com <omri.shafran@texasmedicaltechnology.com>
**Sent:** Wednesday, February 02, 2022 10:42 PM
**To:** info@qxlogistix.com; Chris.Carey@qxlogistix.com
**Cc:** raffi.azadian@qxlogistix.com; DermaCare Packaging <laurie@dermacarepkg.com>,, info@aconlabs.com,, media@aconlabs.com,, tWilks@aconlabs.com,, jMickelsen@aconlabs.com,, qXie@aconlabs.com,, tKnox@aconlabs.com,, Hanna Hertzel <hanna.h@texasmedicaltechnology.com>,, rabbi@chabadmada.com,, Dima Menin <dima.menin@texasmedicaltechnology.com>,, Sean R. <sean@texasmedicaltechnology.com>; Jad Shraim <jad.shraim@texasmedicaltechnology.com>; danderson@aconlabs.com; Michael Lynch <mlynch@aconlabs.com>; cingente@aconlabs.com; Rich Butler, DermaCare Packaging <rich@dermacarepkg.com>; Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com>; Dima Menin <dima.menin@texasmedicaltechnology.com>; Hanna Hertzel <hanna.h@texasmedicaltechnology.com>; rabbi@chabadmada.com
**Subject:** QX Logistix shipping stolen goods owned by Texas Medical Technology

Dear Mr. Carey,

I really apologize to get you involve but i have to inform you that right now you have in your location:

5801 S. Boyle Avenue
Building #2
Vernon, CA  90058

$2M USD of goods which belong to Texas Medical Technology, we highly suspect that Dermacare is shipping out our products which were paid in full (I would love to provide you wire confirmation) and selling it to other customers.

We already involved the DA, Attorney General both of California and Florida, FBI and tomorrow by noon $25M USD law suit is going to be filed in Federal court in Texas.

I really dont like to do it, but in order to avoid QX logistix out of the picture I would ask you to hold off all our goods until this issue will be resolved. We are going to have TRO early next week preventing them to ship any of our products.

Thank you in advance for your understanding,

Omri Shafran , CEO


--

1



**Omri Shafran**
**CEO**
**(346) 351-9009**
**www.texasmedicaltechnology.com**
**6115 Skyline Dr. Suite C. Houston, TX. 77056**

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Texas Medical Technology LLC, immediately and destroy the original message. Messages sent to and from us may be monitored

# April Bartosch

| | |
|---|---|
| **From:** | Rich Butler, DermaCare Packaging <rich@dermacarepkg.com> |
| **Sent:** | Saturday, February 05, 2022 11:58 PM |
| **To:** | Andrew Harrison |
| **Subject:** | FW: Chinese company scammed the US government and stealing US government funds |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

**From:** omri.shafran@texasmedicaltechnology.com <omri.shafran@texasmedicaltechnology.com>
**Sent:** Wednesday, February 02, 2022 3:04 PM
**To:** office.beijing@trade.gov
**Cc:** info@aconlabs.com; Tony.Wilks@aconlabs.com; David.Anderson@aconlabs.com; Jay.Mickelsen@aconlabs.com; Tim.Knox@aconlabs.com; Qiyi.Xie@aconlabs.com; Brent Butler, DermaCare Packaging <brent@dermacarepkg.com>; Isabella Gorski, DermaCare Packaging <isabella@dermacarepkg.com>; Laurie Knights, DermaCare Packaging <laurie@dermacarepkg.com>; Rich Butler, DermaCare Packaging <rich@dermacarepkg.com>; Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com>; Hanna Hertzel <hanna.h@texasmedicaltechnology.com>; rabbi@chabadmada.com; Sean R. <sean@texasmedicaltechnology.com>; Jad Shraim <jad.shraim@texasmedicaltechnology.com>; Dima Menin <dima.menin@texasmedicaltechnology.com>; BeijingWebmaster@state.gov; GuangzhouACS@state.gov; ShanghaiACS@state.gov
**Subject:** Chinese company scammed the US government and stealing US government funds


Dear Honorable Ambassador,

Texas Medical Technology is a US manufacturer of PPE based in Houston Texas which employs hundreds of refugees, veterans and disable veterans.

We have received an order by several states and by other US government agencies to supply self covid test. We have received US government funds and wired about $2M USD to Deramcare packaging / Acob labs (representation of chinese manufacture) to provide Covid tests kits to the US government.

After 5 weeks we haven't received the products yet and we incurred as well as the government damages of tens of millions of dollars. More important schools kids in the State of Delaware are suffering from not having these kits. Acon labs as well as Dermacare is risking the lives of hundreds of thousands of our kids by not providing these kits.

If you could assist in this matter I would appreciate it very much

Sincerely yours,

Omri Shafran, CEO


-



**Omri Shafran**
**CEO**
**(346) 351-9009**
**www.texasmedicaltechnology.com**
**6115 Skyline Dr. Suite C. Houston, TX. 77056**

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Texas Medical Technology LLC, immediately and destroy the original message. Messages sent to and from us may be monitored

# April Bartosch

| | |
|---|---|
| **From:** | Rich Butler, DermaCare Packaging <rich@dermacarepkg.com> |
| **Sent:** | Sunday, February 06, 2022 12:01 AM |
| **To:** | Andrew Harrison |
| **Subject:** | FW: TMT Vs. Acon Labs Inc & Dermacare Packaging and label LLC - $50M USD damage |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

---

**From:** omri.shafran@texasmedicaltechnology.com <omri.shafran@texasmedicaltechnology.com>
**Sent:** Thursday, February 03, 2022 7:16 PM
**To:** jlin@aconlabs.com; acai@aconlabs.com; hapjnlin@yahoo.com; jnlin@azureinstitute.com
**Cc:** Rich Butler, DermaCare Packaging <rich@dermacarepkg.com>; Kelly Stone, DermaCare Packaging <kelly@dermacarepkg.com>; Brent Butler, DermaCare Packaging <brent@dermacarepkg.com>; Isabella Gorski, DermaCare Packaging <isabella@dermacarepkg.com>; Laurie Knights, DermaCare Packaging <laurie@dermacarepkg.com>; info@aconlabs.com; media@aconlabs.com; tWilks@aconlabs.com; jMickelsen@aconlabs.com; qXie@aconlabs.com; tKnox@aconlabs.com; Hanna Hertzel <hanna.h@texasmedicaltechnology.com>; rabbi@chabadmada.com; Dima Menin <dima.menin@texasmedicaltechnology.com>; Sean R. <sean@texasmedicaltechnology.com>; Jad Shraim <jad.shraim@texasmedicaltechnology.com>; danderson@aconlabs.com; Michael Lynch <mlynch@aconlabs.com>; cingente@aconlabs.com; dbrulay@hotmail.com; dbrulay@aconlabs.com
**Subject:** TMT Vs. Acon Labs Inc & Dermacare Packaging and label LLC - $50M USD damage

Dear Mr. Lin,

As a recent shareholder of Acon and a customer who paid $2M (USA GOVERNMENT FUNDS) to Acon's authorized distributor (Dermacare Packaging and private label LLC) and we didn't get our products for six weeks. (by the way, we know about five other Dermacare customers who didn't get even 5% of their orders)

As a shareholder, I am in shock that after all the last email chain I have sent I have never received any solution from Acon to provide products to our customers.

The email I wrote yesterday was a warm-up.. if I don't get a solution by tomorrow at 2:00 PM I am going to escalate my steps which may hurt Acon's reputation as well as very aggressive legal actions Including a temporary restraining order in Harris county federal court (the petition is ready and will be filled on Tuesday).

I really try to avoid this but Acon and Dermacare do not leave us any choice. I really hope that Acon will contact us tomorrow by 12:00 PM Central time to try to resolve this issue.

I remind you USA Government (State of Delaware) didn't receive the products.

Sincerely yours,

Omri Shafran, CEO
--



**Omri Shafran**
**CEO**
**(346) 351-9009**
**www.texasmedicaltechnology.com**
**6115 Skyline Dr. Suite C. Houston, TX. 77056**

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Texas Medical Technology LLC, immediately and destroy the original message. Messages sent to and from us may be monitored