2/8/22, 11:58 AM
2022 Bonnie and Clyde – Rich Butler and Kelly Stone – Dermacare – Texas News Today
Case 0:22-cv-80369-WM    Document 35-4    Entered on FLSD Docket 05/25/2022    Page 1 of 14

Articles

# 2022 Bonnie and Clyde – Rich Butler and Kelly Stone – Dermacare

user  •  November 16, 2021



The year is 1932 – location: Houston TX. They were a power couple – Bonnie and Clyde which robbed together the US Banks throughout the country, perfect harmony... She rides and he robbed the banks...

The year 2022 – location Miami FL. The new Bonnie and Clyde are Rich Butler and Kelly Stone.

The owners of Dermacare, but this time they are not robbing US banks... They are robbing American lives! Really? sounds too extreme? States agencies, Army, VA have ordered millions of dollars through their contractor, FlowFlex self-Covid tests.

The Company went nationwide to the laboratories who produce these Covid tests and found one of the main distributors – DermaCare.

The company trusted and wired millions of dollars to the 2022 Bonnie and Clyde, which are Rich Butler and Kelly Stone based in Florida.

Money was in their account – but no products were delivered.

They used this money to make millions for themselves while risking the lives of the people that needed the Antigen home Self kits!

These Kits were supposed to go to protect children, soldier and first responder. It was never delivered! They risked the pride and safety of this country – our children, our seniors, our soldiers and our first responders.

Bonnie and Clyde stole money – Rich and Kelly are stealing lives!

**You May Like**    Promoted Links by Taboola

**The Actual Cost Of Full Mouth Dental Implants Might Surprise You**
Dental Implants

**Two out of four married doctors died after a $ 3 million private jet crashed in Connecticut - Texas News Today**
The four who died in a violent private jet crash in Connecticut were identified on Friday as a couple in Boston, a doctor and two local pilots. Farmington police said

**Cancelled Shows: 2022 Cuts**
Factable

**In 12 hours, a Florida mom loses her two sons who didn't get a COVID jab and urges others to get vaccinated. - Texas News Today**
Jacksonville's mother is urging people to get vaccinated after her two sons have tragically died of COVID-19. Lisa Brandon's two sons, Aaron and Freejagi (35 and

**Seniors Are Now Entitled To These 24 Incredible Discounts In 2022**
Here are 24 incredible discounts available to seniors in 2022.
YourPennySaver

**New Zealand Olympic cyclist died suddenly just 24 days after cooling an Instagram post - Texas News Today**
The New Zealand cycling community was shaken by the sudden death of 2016



Home  »  Travel  »  World  »  News  »  2022 Bonnie and Clyde – Rich Butler and Kelly Stone – Dermacare

# 2022 Bonnie and Clyde – Rich Butler and Kelly Stone – Dermacare

 BY **SABITH** — DECEMBER 11, 2021      💬 NO COMMENTS      🕐 2 MINS READ



The year is 1932 – location: Houston TX. They were a power couple – Bonnie and Clyde which robbed together the US Banks throughout the country, perfect harmony… She rides and he robbed the banks…

The year 2022 – location Miami FL. The new Bonnie and Clyde are Rich Butler and Kelly Stone.

The owners of Dermacare, but this time they are not robbing US banks… They are robbing American lives! Really? sounds too extreme? States agencies, Army, VA have ordered millions of dollars through

their contractor, FlowFlex self-Covid tests.

The Company went nationwide to the laboratories who produce these Covid tests and found one of the main distributors – DermaCare.

The company trusted and wired millions of dollars to the 2022 Bonnie and Clyde, which are Rich Butler and Kelly Stone based in Florida.

 Money was in their account – but no products were delivered.

They used this money to make millions for themselves while risking the lives of the people that needed the Antigen home Self kits!

These Kits were supposed to go to protect children, soldier and first responder. It was never delivered! They risked the pride and safety of this country – our children, our seniors, our soldiers and our first responders.

Bonnie and Clyde stole money – Rich and Kelly are stealing lives!

---



  PREVIOUS ARTICLE
Know All About The Best Binary Option Broker

NEXT ARTICLE  
How Do I Grow Weed?

### Sabith

**RELATED POSTS**

# 2022 Bonnie and Clyde – Rich Butler and Kelly Stone – Dermacare



POSTED BY
Admin

PUBLISHED
3rd February 2022    7:59 pm



The year is 1932 – location: Houston TX. They were a power couple – Bonnie and Clyde which robbed together the US Banks throughout the country, perfect harmony… She rides and he robbed the banks…

The year 2022 – location Miami FL. The new Bonnie and Clyde are Rich Butler and Kelly Stone.

2/4/22, 2:07 PM
2022 Bonnie and Clyde : Rich Butler and Kelly Stone DermaCare | eibik.com
Case 9:22-cv-80369-WM   Document 35-4   Entered on FLSD Docket 05/25/2022   Page 6 of 14

The owners of Dermacare, but this time they are not robbing US banks… They are robbing American lives! Really? sounds too extreme? States agencies, Army, VA have ordered millions of dollars through their contractor, FlowFlex self-Covid tests.

The Company went nationwide to the laboratories who produce these Covid tests and found one of the main distributors – DermaCare.

The company trusted and wired millions of dollars to the 2022 Bonnie and Clyde, which are Rich Butler and Kelly Stone based in Florida.

Money was in their account – but no products were delivered.

They used this money to make millions for themselves while risking the lives of the people that needed the Antigen home Self kits!

These Kits were supposed to go to protect children, soldier and first responder. It was never delivered! They risked the pride and safety of this country – our children, our seniors, our soldiers and our first responders.

Bonnie and Clyde stole money – Rich and Kelly are stealing lives!

**RELATED STORIES**



YOU ARE AT:   Home   »   News   »   2022 Bonnie and Clyde – Rich Butler and Kelly Stone – Dermacare

# 2022 Bonnie and Clyde – Rich Butler and Kelly Stone – Dermacare

 By **JAKARIA** — December 11, 2021   💬 No Comments   🕐 2 Mins Read



The year is 1932 – location: Houston TX. They were a power couple – Bonnie and Clyde which robbed together the US Banks throughout the country, perfect harmony… She rides and he robbed the banks…

The year 2022 – location Miami FL. The new Bonnie and Clyde are Rich Butler and Kelly Stone.

The owners of Dermacare, but this time they are not robbing US banks… They are robbing American lives! Really? sounds too extreme? States agencies, Army, VA have ordered millions of dollars through their contractor, FlowFlex self-Covid tests.

The Company went nationwide to the laboratories who produce these Covid tests and found one of the main distributors – DermaCare.

The company trusted and wired millions of dollars to the 2022 Bonnie and Clyde, which are Rich Butler and Kelly Stone based in Florida.

 Money was in their account – but no products were delivered.

They used this money to make millions for themselves while risking the lives of the people that needed the Antigen home Self kits!

These Kits were supposed to go to protect children, soldier and first responder. It was never delivered! They risked the pride and safety of this country – our children, our seniors, our soldiers and our first responders.

Bonnie and Clyde stole money – Rich and Kelly are stealing lives!

|  PREVIOUS ARTICLE | NEXT ARTICLE  |
|---|---|
| **5 Tips for Not Letting Disease Ruin Your Life** | **Facts About Online Slots** |

### Jakaria

**RELATED POSTS**

LIFESTYLE

# 2022 Bonnie and Clyde - Rich Butler and Kelly Stone - Dermacare

By **Harry Robinson**  November 12, 2021   0   👁 54



The year is 1932 - location: Houston TX. They were a power couple - Bonnie and Clyde which robbed together the US Banks throughout the country, perfect harmony… She rides and he robbed the banks…

The year 2022 - location Miami FL. The new Bonnie and Clyde are Rich Butler and Kelly Stone.

The owners of Dermacare, but this time they are not robbing US banks… They are robbing American lives! Really? sounds too extreme? States agencies, Army, VA have ordered millions of dollars through their contractor, FlowFlex self-Covid tests.

The Company went nationwide to the laboratories who produce these Covid tests and found one of the main distributors - DermaCare.

The company trusted and wired millions of dollars to the 2022 Bonnie and Clyde, which are Rich Butler and Kelly Stone based in Florida.

## Money was in their account - but no products were delivered.

They used this money to make millions for themselves while risking the lives of the people that needed the Antigen home Self kits!

These Kits were supposed to go to protect children, soldier and first responder. It was never delivered! They risked the pride and safety of this country - our children, our seniors, our soldiers and our first responders.

Bonnie and Clyde stole money - Rich and Kelly are stealing lives!

2/4/22, 3:58 PM
2022 Bonnie and Clyde – Rich Butler and Kelly Stone - Dermacare - News2Trends
Case 9:22-cv-80369-WM    Document 35-4  Entered on FLSD Docket 05/25/2022  Page 11 of 14

Articles

# 2022 Bonnie and Clyde – Rich Butler and Kelly Stone – Dermacare

Editorial staff • 1 day ago



The yr is 1932 – location: Houston TX. They have been an influence couple – Bonnie and Clyde which robbed collectively the US Banks all through the nation, good concord… She rides and he robbed the banks…

The yr 2022 – location Miami FL. The brand new Bonnie and Clyde are Wealthy Butler and Kelly Stone.

| | -25% | Sorel Out N About III | -25% | Sorel Harlow Lace | -54% |
|---|---|---|---|---|---|
| | | $89.96 | | $112.4 | |

2/4/22, 3:58 PM
2022 Bonnie and Clyde - Rich Butler and Kelly Stone - Dermacare - News Trends
Case 9:22-cv-80369-WM   Document 35-4   Entered on FLSD Docket 05/25/2022   Page 12 of 14

The house owners of Dermacare, however this time they aren't robbing US banks… They're robbing American lives! Actually? sounds too excessive? States companies, Military, VA have ordered tens of millions of {dollars} by their contractor, FlowFlex self-Covid checks.

**Related Articles**

**Contact lenses: Some things to understand before applying them**

3 weeks ago

**NFL Legacies: Rob Gronkowski – N7t**

3 weeks ago

The Firm went nationwide to the laboratories who produce these Covid checks and located one of many fundamental distributors – DermaCare.

The corporate trusted and wired tens of millions of {dollars} to the 2022 Bonnie and Clyde, that are Wealthy Butler and Kelly Stone primarily based in Florida.

| -25% | Sorel Out N About III | -25% | Sorel Harlow Lace | -54% |
|---|---|---|---|---|
| | $89.96 | | $112.4 | |

2/4/22, 3:08 PM
2022 Bonnie and Clyde: Rich Butler and Kelly Stone Dermacare - News Trends
Case 9:22-cv-80369-WM   Document 35-4   Entered on FLSD Docket 05/25/2022   Page 13 of 14

Cash was of their account – however no merchandise have been delivered.

They used this cash to make tens of millions for themselves whereas risking the lives of the people who wanted the Antigen house Self kits!

These Kits have been speculated to go to guard kids, soldier and first responder. It was by no means delivered! They risked the delight and security of this nation – our kids, our seniors, our troopers and our first responders.

Bonnie and Clyde stole cash – Wealthy and Kelly are stealing lives!

Most Associated Hyperlinks :

News07trends Business News Technology News