From: Jennifer Gross <jgross@englandlawgroup.com>
Sent: Saturday, February 12, 2022 4:54 PM
To: Rich Butler, DermaCare Packaging <rich@dermacarepkg.com>; April Bartosch <ambartosch@englandlawgroup.com>
Subject: Re: This is where they called ACON directly

Who is Glen?  Is that the ACON salesperson?
I'm guessing tge shipments that went to Vernon were for other clients right?
What was Acon doing talking to them at all?

[2/1/22, 8:36:10 PM] +1 (561) 929-7566: Leaving the group won't solve ur problem,  u hold millions of dollars of people and than bully them to not ask questions. At this point you are using us as a bank.
We are not stupid.
[2/1/22, 8:36:27 PM] +1 (561) 929-7566: I'm well connected
[2/1/22, 8:36:47 PM] +1 (561) 929-7566: Ignoring for weeks and holding money wasn't a smart move for u
[2/1/22, 8:36:50 PM] +1 (561) 929-7566: Good luck
[2/1/22, 8:48:13 PM] +1 (561) 929-7566: Has anyone dealt with Rick or Kelly from DermaCare?
[2/1/22, 8:48:27 PM] +1 (561) 929-7566: This is going out to 4k people
[2/2/22, 11:30:35 AM] +1 (561) 929-7566: Glen 8585196639
[2/2/22, 11:30:48 AM] +1 (561) 929-7566: So ur pos of
222222
222224
222225
[2/2/22, 11:30:54 AM] +1 (561) 929-7566: We're all shipped to vernon
[2/2/22, 11:31:02 AM] +1 (561) 929-7566: U got Jan 31 500k
[2/2/22, 11:31:07 AM] +1 (561) 929-7566: I have the fbi on this
[2/2/22, 11:31:16 AM] +1 (561) 929-7566: U got over 10m this month
[2/2/22, 11:31:23 AM] +1 (561) 929-7566: From orders u pit in after ours
[2/2/22, 11:31:44 AM] +1 (561) 929-7566: All this shipped Jan
1,776,000
4m
2m
800k
400k
500k Jan 31
[2/2/22, 11:34:13 AM] +1 (561) 929-7566: Used our money as a bank
[2/2/22, 11:34:19 AM] +1 (561) 929-7566: To make millions
[2/2/22, 11:34:28 AM] +1 (561) 929-7566: U only gave 50 percent deposit

Get Outlook for iOS

From: Rich Butler, DermaCare Packaging <rich@dermacarepkg.com>
Sent: Saturday, February 12, 2022 4:43:05 PM
To: Jennifer Gross <jgross@englandlawgroup.com>; Benjamin L England <blengland@englandlawgroup.com>; Andrew Harrison <jaharrison@englandlawgroup.com>; Kelly St