On Feb 2, 2022, at 12:44 PM, Glenn Mitchell <gmitchell@aconlabs.com> wrote:

Hello Kelly,

One of our Customer Service agents received a call from Hanna at Texas Medical Technology. Below is the email from our Customer Service Rep. I don't even know if this is legit but wanted to pass it on. Thanks:

Good morning Glenn,

I received a call from Hanna and she badly need some information on what's going on with her order through Derma Care. According to her, Derma care is a scammer and took her 2Million.

Please assist.

Name: Hanna
Company: ~~Riverside Medical Supply~~ Texas Medical Technology
Contact # 561-929-7566

**Glenn Mitchell**
National Accounts Manager
Cell: 858-519-6639 | Phone: 858-875-8019 | Email: gmitchell@aconlabs.com



**ACON Laboratories, Inc.**
10125 Mesa Rim Road | San Diego, CA 92121 | Phone: 858-875-8000 | Website: www.aconlabs.com

