Home    My Network    Jobs



## Hanna Hertzel · 3rd
Director at Texas Medical Center Supply

- Texas Medical Center Supply

Boca Raton, Florida, United States · **Contact info**

12 connections

Connect    Message   More

## Activity
15 followers

 Follow

**Hanna hasn't posted lately**
Hanna's recent posts and comments will be displayed here.

Show all activity →

## Experience

**Director**
Texas Medical Center Supply

## Interests

**Companies**

    

Home  My Network  Jobs



# Texas Medical Technology

We are experts in the sale and distribution of medical equipment.

Medical Equipment Manufacturing · Ste C. Houston, Texas · 868 followers

See all 47 employees on LinkedIn

Follow    Visit website    More

Home · About · Posts · Jobs · **People** · Videos

## 1 employee

Search employees by title, keyword or school

United States    hertzel    Clear all

‹ Previous    Next ›



**Where they live**   + Add    Where they studied

1 | United States

1 | West Palm Beach, Florida Area

  Home   My Network   Jobs

## People you may know



**Hanna Hertzel**
Director at Texas Medical Center Supply

Connect

Ad ···

Earn the certifications you need to advance your career in HR.



Prepare for PHR Certification with WGU

Apply Free

## Pages people also viewed



**SureSpot, Inc.**
Facilities Services
250 followers

+ Follow

 

Home   My Network   Jobs

67 followers

+ Follow

**Texas Medical Technology Mexico**
Medical Device
38 followers

+ Follow

See all similar pages