UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

KELLY STONE, RICHARD BUTLER, and DERMACARE PACKAGING & PRIVATE LABEL, LLC,

    Plaintiffs,

v.

OMRI SHAFRAN and TEXAS MEDICAL TECHNOLOGY, LLC,

    Defendants.

Case No. 922-cv-80369

### DECLARATION OF KELLY STONE

I, Kelly Stone, swear and declare as follows:

1. I am over 18 years old and a resident of Florida. My residence is in St. Johns County, FL.

2. On March 8, 2022, my 9-year-old daughter participated in a class exercise on the computer during school. The class was prompted to practice Internet searches by searching their parents' names online.

3. My daughter indicated that when she searched my name, she saw an article comparing Mr. Butler and me to Bonnie and Clyde, and that the article said we had stolen money.

4. My daughter's school is located in Florida, and she was in Florida at the time she accessed this article online.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 24, 2022      Signed: *Kelly Stone*