UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KELLY STONE, RICHARD BUTLER, and DERMACARE PACKAGING & PRIVATE LABEL, LLC,<br><br>Plaintiffs,<br>v.<br><br>OMRI SHAFRAN and TEXAS MEDICAL TECHNOLOGY, LLC,<br><br>Defendants. | Case No. 922-cv-80369 |

## DECLARATION OF CAROL MCCAMY

I, Carol McCamy, swear and declare as follows:

1. I am over 18 years old and a resident of Florida. I reside in Clay County, FL

2. Prior to March 9, 2022, I read an article online entitled "2022 Bonnie and Clyde – Rich Butler and Kelly Stone."

3. I was in Florida at the time I accessed this article online.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 24, 2022          Signed: _Carol W McCamy_