UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

KELLY STONE, RICHARD BUTLER,
and DERMACARE PACKAGING &
PRIVATE LABEL, LLC,

   Plaintiffs,

     v.

OMRI SHAFRAN and TEXAS
MEDICAL TECHNOLOGY, LLC,

   Defendants.

Case No. 922-cv-80369

## DECLARATION OF ISABELLA GORSKI

I, Isabella Gorski, swear and declare as follows:

1. I am over 18 years old and a resident of Florida.  My address is 3844 Lyons Rd Apt 212 Coconut Creek FL 33073

2. Prior to March 9, 2022, I read an article online entitled "2022 Bonnie and Clyde – Rich Butler and Kelly Stone."

3. I was in Florida at the time I accessed this article online.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 24, 2022    Signed: _Isabella Gorski_