UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

KELLY STONE, RICHARD BUTLER, and
DERMACARE PACKAGING & PRIVATE
LABEL, LLC,

    Plaintiffs,

v.

OMRI SHAFRAN and TEXAS MEDICAL
TECHNOLOGY, LLC,

    Defendants.

Case No. 922-cv-80369

### DECLARATION OF RICK BOLUFE

I, Rick Bolufe, swear and declare as follows:

1. I am over 18 years old and a resident of Florida. My address 370 Fanshaw I, Boca Raton, Florida 33434

2. Prior to March 9, 2022, I read an article online entitled "2022 Bonnie and Clyde – Rich Butler and Kelly Stone."

3. I was in Florida at the time I accessed this article online.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 24, 2022

Signed: _____