# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-80369-Matthewman

KELLY STONE, RICHARD BUTLER, and DERMACARE PACKAGING & PRIVATE LABEL, LLC,

    Plaintiffs,

v.

OMRI SHAFRAN, DIMITRI MENIN, and TEXAS MEDICAL TECHNOLOGY, LLC,

    Defendants.

## [PROPOSED] ORDER

Having fully considered the unopposed motion, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to File Under Seal is granted. Plaintiffs may file the Motion for Sanctions for Defendants' Production of a Falsified Document in Discovery under seal.

Dated: March __, 2023

                                                                 The Honorable Magistrate Judge Matthewman