UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-80369-Matthewman

KELLY STONE, RICHARD BUTLER, and
DERMACARE PACKAGING & PRIVATE
LABEL, LLC,

    Plaintiffs,

                 v.

OMRI SHAFRAN, DIMITRI MENIN, and
TEXAS MEDICAL TECHNOLOGY, LLC,

    Defendants.

## JOINT PROPOSED LITIGATION SCHEDULE

Pursuant to the Court's instruction, Plaintiffs Kelly Stone, Richard Butler, and DermaCare Packaging & Private Label ("Plaintiffs") and Defendants Omri Shafran, Dimitri Menin, and Texas Medical Technology, LLC ("Defendants"), collectively, the "Parties," have conferred and offer to the Court the following proposed schedule of litigation deadlines in preparation for and preceding the trial in this action, scheduled for February 12, 2024.

| | |
|---|---|
| Plaintiffs' expert disclosures | 8/14/2023 |
| Defendants' expert disclosures | 9/14/2023 |
| Plaintiffs' expert rebuttal | 9/30/2023 |
| Exchange of witness lists | 10/9/2023 |
| Discovery deadline | 11/6/2023 |

| | |
|---|---|
| Dispositive motions and Daubert motions due | 11/20/2023 |
| Mediation deadline | To be set by the Court |
| Motions in limine and remaining pre-trial motions | To be set by the Court |
| Joint pre-trial stipulation and deposition designations due | To be set by the Court |
| Objections to deposition designations due | To be set by the Court |
| Jury instructions due | To be set by the Court |
| Calendar call | 2/5/2024 |
| Trial | 2/12/2024 |

The Parties agree that with the trial set for February 12, 2024, just under a year from now, some remaining deadlines – *e.g.*, the deadline to file pretrial stipulation(s), to serve deposition designations, to object to deposition designations, to file jury instructions, and the mediation deadline – are best determined by the Court.

Following collaboration between counsel for the Parties, both Plaintiffs and Defendants jointly respectfully request that the Court enter an order setting forth the schedule and deadlines presented above.

Respectfully submitted,

Date:  March 30, 2023                               Signed: s/*Denise Calle*

**BENJAMIN L. ENGLAND & ASSOCIATES, LLC**

Denise Calle, FL Bar No. 127292
Jennifer Gross, DC Bar No. 1003811
(admitted *pro hac vice*)

810 Landmark Drive, Suite 126
Glen Burnie, MD 21061
Phone: (410) 220-2800
dcalle@englandlawgroup.com
jgross@englandlawgroup.com

*Counsel for Plaintiffs Kelly Stone, Richard Butler, and DermaCare Packaging and Private Label, LLC*

Date:  March 30, 2023                               Signed:  s/*Andrew R. Schindler*

**GORDON REES SCULLY MANSUKHANI**
Andrew R. Schindler
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
Phone:  305-428-5329
aschindler@grsm.com

*Counsel for Defendants Omri Shafran, Dimitri Menin, and Texas Medical Technology*