# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-80369-Matthewman

KELLY STONE, RICHARD BUTLER, and
DERMACARE PACKAGING & PRIVATE
LABEL, LLC,

    Plaintiffs,

v.

OMRI SHAFRAN, DIMITRI MENIN, and
TEXAS MEDICAL TECHNOLOGY, LLC,

    Defendants.

## [PROPOSED] SCHEDULING ORDER

    Having reviewed the Parties' Joint Proposed Scheduling Order, the Court hereby adopts the Parties' proposed schedule, as follows:

| | |
|---|---|
| Plaintiffs' expert disclosure | 8/14/2023 |
| Defendants' expert disclosure | 9/14/2023 |
| Plaintiffs' expert rebuttal | 9/30/2023 |
| Witness lists | 10/9/2023 |
| Discovery deadline | 11/6/2023 |
| Dispositive motions and Daubert motions due | 11/20/2023 |
| Mediation deadline | To be set by the Court |
| Motions in limine and remaining pre-trial motions | To be set by the Court |
| Joint pre-trial stipulation and deposition designations due | To be set by the Court |
| Objections to deposition designations due | To be set by the Court |
| Jury instructions due | To be set by the Court |
| Calendar call | 2/5/2024 |
| Trial | 2/12/2024 |

2

**DONE AND ORDERED** in the Southern District of Florida, this \_\_ day of \_\_\_\_, 2023

_____

WILLIAM MATTHEWMAN

United States Magistrate Judge