# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SPAN 39, LTD., | Case No. 4:22-cv-02866 |
| Plaintiff, | |
| v. | Judge Charles Eskridge |
| TEXAS MEDICAL TECHNOLOGY, LLC, | |
| Defendant. | |

## JOINT STATUS REPORT

Counsel for Plaintiff SPAN 39, Ltd. and Defendant Texas Medical Technology, LLC (collectively, "the Parties") hereby submit this Joint Status Report pursuant to the Court's order of December 14, 2022 (DE 14).

The Parties have reached a written settlement agreement. Plaintiff will not dismiss the action now that a settlement agreement has been reached. Rather, Plaintiff continues to seek a full stay such that the Court will maintain jurisdiction over the matter until the settlement payments are paid in full.

The Parties thank the Court for the flexibility allowing them to resolve the matter.

Dated:  April 18, 2023

/s/*Denise Calle*

Jennifer Gross (admitted *pro hac vice*)
Denise Calle (admitted *pro hac vice*)
Benjamin L. England & Associates, LLC
810 Landmark Drive, Suite 126
Glen Burnie, MD 21061
(410) 220-2800
jgross@englandlawgroup.com
dcalle@englandlawgroup.com

Christopher C. Peterson
Lopez Peterson, PLLC
101 West Hillside, Suite 1
Laredo, Texas 78041
956-718-2134
cpeterson@lopezpeterson.com

*Counsel for Plaintiff*

Dated:  April 18, 2023

s/*Jack Nicholas Fuerst*

Jack Nicholas Fuerst
Attorney at Law
8955 Katy Freeway
Suite 205
Houston, TX 77024
713-299-8221
jfuerst@sbcglobal.net

*Counsel for Defendant*