UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-CV-80369

KELLY STONE, RICHARD BUTLER, AND
DERMACARE PACKAGING AND PRIVATE
LABEL, LLC

    Plaintiffs,

v.

OMRI SHAFRAN AND TEXAS MEDICAL
TECHNOLOGY, LLC,

    Defendants.

_____/

**PLAINTIFF'S MOTION TO STRIKE**

Plaintiffs, Mrs. Stone, Mr. Butler, and DermaCare, by and through their undersigned counsel, respectfully, move to strike from the docket Status Report erroneously filed on April 21, 2023 (DKT 99). The document was inadvertently misfiled in the docket for CASE NO. 9:22-CV-80369 and should be removed.

April 21, 2023

Signed: /s/*Denise Calle*

Denise Calle (FL Bar No. 127292)
Jennifer Gross (DC Bar No. 1003811)
**Benjamin L. England & Associates, LLC**
810 Landmark Drive, Suite 126
Glen Burnie, MD 21061
Phone: (410) 220-2800
Fax: (443) 583-1464
dcalle@englandlawgroup.com
jgross@englandlawgroup.com
*Counsel for Plaintiffs*

1