UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-80369-DMM

KELLY STONE, RICHARD BUTLER,
AND DERMACARE PACKAGING
& PRIVATE LABEL, LLC,

    Plaintiffs,

v.

OMRI SHAFRAN, DIMITRI MENIN,
AND TEXAS MEDICAL TECHNOLOGY,
LLC,

    Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Kelly Stone, Richard Butler, and DermaCare Packaging & Private Label, LLC, and Defendants, Omri Shafran, Dimitri Menin, and Texas Medical Technology, LLC, by and through respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to dismissal of this action in its entirety with prejudice, with each party to bear their respective attorneys' fees and costs.

Dated: October 3, 2023

Respectfully submitted,

| | |
|---|---|
| *s/ Andrew R. Schindler* | *s/Stuart N. Kaplan* |
| FBN 124845 | Stuart N. Kaplan |
| *aschindler@grsm.com* | FBN 647934 |
| **ARI C. SHAPIRO** | *skaplan@stuartnkaplanpa.com* |
| FBN 183253 | *rbailey@stuartnkaplanpa.com* |
| *ashapiro@grsm.com* | |
| | **The Law Offices of Stuart N. Kaplan, P.A.** |
| **GORDON REES SCULLY** | PGA Financial Plaza |
| **MANSUKHANI LLP** | 3399 PGA Boulevard, Suite 150 |
| 100 SE 2nd Street, Suite 3900 | Palm Beach Gardens, Florida 33410 |

1

**GORDON REES SCULLY MANSUKHANI LLP**
100 S.E. Second Street, Suite 3900 ▪ Miami, FL 33131

Miami, Florida 33131
Telephone: (305) 428-5339
*Counsel for Defendants*

Tel: (561) 296-7900
*Counsel for Plaintiffs*