UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-80369-MATTHEWMAN

KELLY STONE, RICHARD BUTLER, and
DERMACARE PACKAGING & PRIVATE
LABEL, LLC,

    Plaintiffs,

v.

OMRI SAFRAN, DIMITRI MENIN, and
TEXAS MEDICAL TECHNOLOGY, LLC,

    Defendants.
_____/

FILED BY ____SW____ D.C.
Oct 3, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice ("Joint Stipulation") [DE 102], filed pursuant to Federal Rule of Civil Procedure 41, wherein the parties state that they "stipulate to dismissal of this action in its entirety with prejudice, with each party to bear their respective attorneys' fees and costs." [DE 102 at 1]. The Court has carefully considered the parties' Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE**;
2. Each party shall bear their respective attorneys' fees and costs;
3. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of October, 2023.

WILLIAM MATTHEWMAN
United States Magistrate Judge